UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TAMARA M. HIRES, | |
| Plaintiff, | |
| v. | CASE NO. 3:22-CV-130-DRL-MGG |
| CITY OF MISHAWAKA, et al., | |
| Defendants. | |

**REPORT AND RECOMMENDATION**

On March 20, 2023, Plaintiff was ordered to show cause on or before March 27, 2023, for her failure to meet and confer with Defendants to prepare a Rule 26(f) Report of Parties' Planning Meeting as previously order. [DE 18; *see also* DE 15]. Additionally, Plaintiff was ordered to submit a Report of Parties' Planning Meeting on or before April 3, 2023. [DE 18]. Plaintiff was directed to either report adoption of Defendants' Report of Parties' Planning Meeting timely filed on March 13, 2023 [DE 17] or present an alternative discovery plan proposal. [DE 18].

As of this date, Plaintiff has filed nothing and has thereby failed to comply with two of this Court's orders. Therefore, the undersigned can only assume that Plaintiff has abandoned her instant claims against Defendants. Accordingly, the undersigned **RECOMMENDS** that the Court **DISMISS** Plaintiff's case **WITHOUT PREJUDICE** for lack of prosecution and failure to comply with Court orders.

**NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or**

**recommendations.** [Fed. R. Civ. P. 72(b)](). **FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED** this 4th day of April 2023.

                                                    s/Michael G. Gotsch, Sr.
                                                  Michael G. Gotsch, Sr.
                                                  United States Magistrate Judge