UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TAMARA M. HIRES,

    Plaintiff,

v.                                                    CAUSE NO. 3:22-CV-130 DRL-MGG

CITY OF MISHAWAKA *et al.*,

    Defendants.

## ORDER

This matter is before the court following Magistrate Judge Michael Gotsch's report and recommendation [ECF 19], which recommended that the court dismiss Tamara M. Hires' case without prejudice for lack of prosecution and failure to comply with court orders. No objections were filed by the April 18, 2023 deadline or in the month since that deadline passed. *See* Fed. R. Civ. P. 72(b).

Satisfied with the well-reasoned report and recommendation and because no party has objected, the court ADOPTS the report in its entirety and incorporates Magistrate Judge Gotsch's recommendations into this order. The court DISMISSES this case WITHOUT PREJUDICE for lack of prosecution and failure to comply with court orders.

SO ORDERED.

May 25, 2023                                           *s/ Damon R. Leichty*
                                                              Judge, United States District Court